# OSBORN LAW P.C.

Daniel A. Osborn, Esq.     dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.     ltrust@osbornlawpc.com

October 15, 2025

<u>VIA ECF</u>

Honorable Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *Bishop v. Commissioner of Social Security*
            <u>Civil Action No. 1:25-cv-05798-JHR-VF</u>

Dear Judge Figueredo,

    We write on behalf of plaintiff, Anthony Bishop, to request a 60-day extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on October 20, 2025 as per the Court's Standing Scheduling Order. This is the first request for an extension of time. On October 13, 2025, counsel for Mr. Bishop contacted counsel for the Commissioner regarding this request for relief. Counsel has not received a response at the time of this filing presumably due to the government shutdown.

    After conferring with the defendant, the parties have agreed to the following amended schedule, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **December 19, 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **February 17, 2026**; and

- Plaintiff to file his reply, if any, on or before: **March 3, 2026.**

Honorable Valerie Figueredo
October 15, 2025
Page Two

Thank you for your consideration of this request.

                                  Respectfully submitted,

                                  s/Daniel A. Osborn
                                  Daniel A. Osborn
                                  OSBORN LAW, P.C.
                                  43 West 43rd Street, Suite 131
                                  New York, New York 10036
                                  Telephone:    212-725-9800
                                  Facsimile:     212-500-5115
                                  dosborn@osbornlawpc.com

cc: Sergei Aden, Esq. (by ECF)

---

**MEMO ENDORSED**

*/s/ Valerie Figueredo/*
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: October 16, 2025

The extension is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 9.